# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 00-1464 AS

**Date of Proceeding:** 11/25/00

**Case Title:** Mohammadreza v. Intel, Inc.

**Presiding Judge:** Donald C. Ashmanskas

**Courtroom Deputy:** Paul Gale
Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:**

**Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
|  |  |

**DOCKET ENTRY:**

RECORD OF ORDER:

SETTING a Telephone Rule-16 Conference for Wednesday, January 3, 2001, at 9:15 AM.

* Judge Ashmanskas' staff will initiate the call.

cc:  { } All counsel
     { } Chambers

**DOCUMENT NO:** _____

**Civil Minutes**
**Prepared November 25, 2000**

**JUDGE ASHMANSKAS**