# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 00-1464 AS

**Date of Proceeding:** 1/03/01

**Case Title:** Mohammadreza v. Intel, Inc.

**Presiding Judge:** Donald C. Ashmanskas

**Courtroom Deputy:** Paul Gale
Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:** none

**Tape No:** none

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Abbas Mohammadreza (pro se) | Sarah Ryan |

**DOCKET ENTRY:**

RECORD OF PROCEEDINGS: A telephone rule-16 conference was held by Judge Ashmanskas as follows:

Discovery deadline (re)set to 3/30/01.
Dispositive motions deadline (re)set to 3/30/01.

ORDER: the filing of the pretrial order is deferred until after the court rules on any dispositive motions.

*Plaintiff stated he is seeking representation by counsel in the near future.

cc: { } All counsel
    { } Chambers

**DOCUMENT NO:** _____

**Civil Minutes**
**Prepared January 4, 2001**

**JUDGE ASHMANSKAS**