# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 00-1464 AS　　　　　　　　　　　　　**Date of Proceeding:** 1/30/01

**Case Title:** Mohammedreza v. Intel Corp.

**Presiding Judge:** Donald C. Ashmanskas　　　　　**Courtroom Deputy:** Paul Gale
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:**　　　　　　　　　　　　　　　　**Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
|  |  |

**DOCKET ENTRY:**

RECORD OF ORDER:   GRANTING defendant's 1/26/01 letter request to file a response, by 2/12/01, to plaintiff's motions for trial by jury #35 and to file a first amended complaint #36.  Defendant's response may be in the nature of a motion to reconsider the court's prior ruling on plaintiff's motions, civil minutes #37.

cc:  { } All counsel　　　　　　　　　　　　　　　　**DOCUMENT NO:** _____
　　　{ } Chambers

**Civil Minutes**
**Prepared January 30, 2001**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE ASHMANSKAS**