# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 00-1464 AS  **Date of Proceeding:** 2/13/01

**Case Title:** Mohammadreza v. Intel Corp.

**Presiding Judge:** Donald C. Ashmanskas

**Courtroom Deputy:** Paul Gale
Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:**  **Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
|  |  |

**DOCKET ENTRY:**

RECORD OF ORDER:   SETTING defendant Intel's motion #39 for reconsideration of order granting plaintiff's first amended complaint on the court's oral argument motion calendar of Monday, March 26, 2001, at 9:00 a.m.

cc:  { }  All counsel    **DOCUMENT NO:** _____
     { }  Chambers

**Civil Minutes**
**Prepared February 13, 2001**

**JUDGE ASHMANSKAS**