**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

**Case No.:** CV 00-1464 AS                          **Date of Proceeding:** 3/6/01

**Case Title:** Mohammadreza v. Intel Corp.

**Presiding Judge:** Donald C. Ashmanskas           **Courtroom Deputy:** Paul Gale
                                                    Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
                                                    E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:**                                 **Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
|  |  |

**DOCKET ENTRY:**

RECORD OF ORDER:  STRIKING the 3/26/01 hearing re: defendant's motion #39 for reconsideration of order granting plaintiff's filing of a first amended complaint, and RESETTING it to the court's oral argument motion calendar of Thursday, April 5, 2001, at 9:30 a.m.

cc:  { } All counsel                                **DOCUMENT NO:** _____
     { } Chambers

**Civil Minutes**
**Prepared March 6, 2001**

                                                    **JUDGE ASHMANSKAS**