# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 00-1464 AS

**Date of Proceeding:** 3/27/01

**Case Title:** Mohammadreza v. Intel Corp.

**Presiding Judge:** Donald C. Ashmanskas

**Courtroom Deputy:** Paul Gale
Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:**

**Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| | |

**DOCKET ENTRY:**

RECORD OF ORDER:   GRANTING plaintiff's unopposed motion #47 to extend deadlines for completion of discovery, expert witness disclosure and dispositive motions as follows:

Discovery deadline (re)set to  5/31/01.
Dispositive motions deadline (re)set to 5/31/01.
Expert witness disclosure (re)set to 5/31/01.

cc:   { } All counsel
      { } Chambers

**DOCUMENT NO:** _____

**Civil Minutes**
**Prepared March 28, 2001**

**JUDGE ASHMANSKAS**