# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 00-1464 AS   **Date of Proceeding:** 4/5/01

**Case Title:** Mohammadreza v. Intel, Inc.

**Presiding Judge:** Donald C. Ashmanskas   **Courtroom Deputy:** Paul Gale
Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:** Robert Stimler   **Tape No:** none

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Dana Sullivan | Mitchell Baker |

**DOCKET ENTRY:**

RECORD OF PROCEEDINGS: The court heard oral argument on defendant's motion for reconsideration #39 of the court's order that granted the filing of plaintiff's amended complaint.

ORDER: GRANTING defendant's motion for reconsideration #39.
ORDER: On reconsideration the court affirms its prior ruling and the amended complaint is allowed.

cc: { } All counsel   **DOCUMENT NO:** _____
   { } Chambers

**Civil Minutes**
**Prepared April 5, 2001**

**JUDGE ASHMANSKAS**