# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 00-1464 AS

**Date of Proceeding:** 6/2/01

**Case Title:** Mohammadreza v. Intel Corp.

**Presiding Judge:** Donald C. Ashmanskas

**Courtroom Deputy:** Paul Gale
Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:**

**Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
|  |  |

**DOCKET ENTRY:**

RECORD OF ORDER:   GRANTING plaintiff's unopposed motion #51 to extend deadlines for completion of discovery, expert witness disclosure and dispositive motions to 7/16/01.

cc:  { } All counsel
     { } Chambers

**DOCUMENT NO:** _____

**Civil Minutes**
**Prepared June 2, 2001**

**JUDGE ASHMANSKAS**