**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

**Case No.:** CV 00-1464 AS                                **Date of Proceeding:** 7/18/01

**Case Title:** Mohammadreza v. Intel Corp.

**Presiding Judge:** Donald C. Ashmanskas          **Courtroom Deputy:** Paul Gale
                                                                                Telephone: (503) 326-8056 • Facsimile: (503) 326-8010
                                                                                E-mail: paul_gale@ord.uscourts.gov

**Court Reporter:**                                                   **Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
|  |  |

**DOCKET ENTRY:**

RECORD OF ORDER:   GRANTING plaintiff's unopposed motion #54 to extend deadlines for completion of discovery, expert witness disclosure and dispositive motions.

ORDER:   Dispositive motions deadline (re)set to 8/30/01.
              Discovery deadline (re)set to 8/30/01.
              Expert witness disclosure deadline extended to 8/30/01.

cc:  { } All counsel                                                **DOCUMENT NO:** _____
       { } Chambers

**Civil Minutes**
**Prepared July 21, 2001**

                                                                                        **JUDGE ASHMANSKAS**