IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ABBAS MOHAMMADREZA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 00-1464-AS |
| INTEL CORPORATION, a Delaware corporation, | ) ) | JUDGMENT OF DISMISSAL |
| Defendant. | ) | |

ASHMANSKAS, Magistrate Judge:

Based on the Stipulated Motion to Dismiss, filed by the parties on August 28, 2001, the court finds this case has been fully compromised and settled. Accordingly,

IT IS ORDERED and ADJUDGED that (1) this action is DISMISSED with prejudice and without costs to any party; and (2) any pending motions are DENIED as moot and shall be stricken from the calendar.

DATED this 7th day of September, 2001.

/s/ Donald C. Ashmanskas
DONALD C. ASHMANSKAS
United States Magistrate Judge

Page - 1 - JUDGMENT OF DISMISSAL